## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SETH T. CAREY,<br><br>       Plaintiff,<br><br>v.<br><br>E*TRADE FINANCIAL CORPORATE SERVICES, INC.,<br>       Defendant. | Civil Action No. _____ |

### NOTICE OF REMOVAL

Defendant E*Trade Financial Corporate Services, Inc. ("E*Trade") hereby gives notice of the removal of the above captioned matter from the Maine Oxford County District Court to the United States District Court for the District of Maine. As grounds for removal, E*Trade states as follows:

### I.   INTRODUCTION

1. This action is being removed pursuant to 28 U.S.C. §§ 1331, 1441 (a) and (c), and 1446(a) and (b).

2. Plaintiff Seth Carey ("Plaintiff"), who is proceeding *pro se*, commenced an action in the Maine Oxford County District Court styled as Seth T. Carey v. E*Trade, Inc. and assigned Civil Action No. SC-2021 (the "State Court Action").

3. E*Trade was served with a copy of Plaintiff's Complaint and Summons on May 4, 2022. Accordingly, pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed.

4. Plaintiff maintains that E*Trade improperly prohibited him from purchasing certain stocks that significantly increased in value over the course of time. As a result, Plaintiff alleges claims for "violation of SEC regulations," fraud and negligence.

## II.

## PREREQUISITES TO REMOVAL

1. Written notice of the filing of this Notice of Removal has been provided to Plaintiff, and a copy of the Notice of Removal will be filed promptly with the Clerk of the Oxford County District Court.

2. A true and complete copy of all pleadings, orders, and other papers or exhibits served on E*Trade are attached hereto as **Exhibit A**.

## III.

## VENUE AND FEDERAL QUESTION JURISDICTION

1. Venue is proper in this Court because the action is being removed from the Oxford County District Court, which lies within the District of Maine. See 28 U.S.C. §§ 1441(a) and 1446(a).

2. Because the Complaint alleges a claim for violation of the Securities and Exchange Commission regulations, presumably those codified at 17 C.F.R. §230, *et seq.*, this is a civil action arising under the laws of the United States over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331.

3. Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over the state common law claims for fraud and negligence asserted against E*Trade in the State Court Action because, as pleaded, these claims arise from, or are related to, the claims over which this Court has original jurisdiction. Accordingly, given that such claims form the same case or

controversy under Article III of the United States Constitution, removal of this action is appropriate pursuant to 28 U.S.C. §§ 1441(c).

## IV.

## **CONCLUSION**

WHEREFORE, Defendant E*Trade Financial Corporate Services, Inc. removes this action from the Maine Oxford County District Court to the United States District Court for the District of Maine.

Respectfully Submitted,

DEFENDANT E*TRADE FINANCIAL CORPORATE SERVICES, INC.

By its attorney,

 /s/ Diana A. Balluku
_____
Diana A. Balluku (Maine Bar No. 006353)
GREENBERG TRAURIG, LLP
1 International Place, Suite 2000
Boston, MA 02110
T: (617) 310-5292
F: (617) 310-6001
diana.balluku@gtlaw.com

DATED: June 3, 2022

## CERTIFICATE OF SERVICE

    I, Diana A. Balluku, counsel for Defendant E*Trade Financial Corporate Services, Inc., hereby certify that the foregoing was served to Plaintiff Seth Carey by First Class Mail at the following address:

Seth T. Carey
228 Isthmus Road
Rumford, ME 04276

                              */s/ Diana A. Balluku*
                              _____
                              Diana A. Balluku

DATED: June 3, 2022