**STATE OF MAINE**                       **DISTRICT COURT**
**OXFORD, SS.**                          **CIVIL ACTION**
                                             **DOCKET NO. SC-2021-**

**SETH T. CAREY,**  ]
        **Plaintiff**  ]
                          ]        **COMPLAINT FOR**
**v.**                               ]        **MONEY OWED**
                                             ]
**E*TRADE, INC.,**  ]
        **Defendant**  ]

NOW COMES the Plaintiff Seth T. Carey, and states as follows:

1. Plaintiff Seth T. Carey, is a resident of the town of Rumford, Maine, in the county of Oxford.

2. Defendant is a corporation with a principal United States place of business in New York, New York with customers in all 50 states.

3. Plaintiff has had his retirement IRA account with Defendant for years.

4. On June 1, 2021, at about 11:00 am, Plaintiff attempted multiple times to place a trade on Defendant's phone application site.

5. Plaintiff attempted to place a trade for 40 AMC shares after selling off other stock shares with E*Trade a short time earlier.

6. Defendant is a stock brokerage firm.

7. The price when Plaintiff attempted to buy the AMC stock was $30.00 per share.

8. Plaintiff was illegally blocked by Defendant from purchasing the stock.

9. AMC has since more than doubled in a day and is predicted by some to reach hundreds, if not thousands of dollars a share.

10.      Defendant is responsible for damages and money lost by Plaintiff.

11. Plaintiff was planning to ultimately buy 100 shares of AMC with Defendant's platform.

12. In addition to Defendant's blocking of a legitimate Plaintiff trade, Defendant took the staggering unjustified move of terminating Plaintiff's account with them.

13. There was no explanation given by several agents and supervisors with Defendant's company. Plaintiff was left only to speculate that it had something to do with his purchase attempt.

14. Defendant's actions and inactions have led to it committing the following torts at a minimum: fraud, negligence, violation of SEC regulations.

WHEREFORE, Plaintiff demands judgment against the Defendant as follows:

1. For an award in the sum in excess of the maximum amount allowed in this court;

2. For an award of costs and punitive damages in the amount of the current trading price of AMC on the date of judgement in this court;

3. For such other and further relief as the Court deems just and proper.

Dated at Rumford, Maine on June 2, 2021.

Seth T. Carey, Plaintiff
228 Isthmus Rd.
Rumford, ME 04276
207-418-1462